IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )  ) | |
| Plaintiff,  ) ) | |
| v.  ) ) | Case No. 09-CV-611 |
| ROBERT D. FENRICK and  ) SALLY A. FENRICK,  )  ) | |
| Defendants.  ) | |

**ORDER**

It is hereby ORDERED that judgment be entered in favor of plaintiff against the defendants in the principal amount of $50,000, together with interest thereon at the legal rate from the date of entry of judgment until paid in full.

Dated this ___6th___ day of October 2009.

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB, JUDGE,
UNITED STATES DISTRICT COURT