IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT D. FENRICK and SALLY A. FENRICK,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-611-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff United States of America against the defendants Robert D. Fenrick and Sally A. Fenrick in the principal amount of $50,000.00, together with interest thereon at the legal rate from the date of entry of judgment until paid in full.

_____       10/9/09
Peter Oppeneer, Clerk of Court             Date